*Board of Equalization,* 297 U. S. 441. *Sidney Meyers* for appellant.

No. 749. GREAT LAKES STEEL CORP. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Eastern District of Michigan. *Per Curiam:* Judgment reversed. *United States* v. *Interstate Commerce Comm'n,* 337 U. S. 426. MR. JUSTICE FRANKFURTER, MR. JUSTICE JACKSON, and MR. JUSTICE BURTON dissent for reasons stated in the dissenting opinion in *United States v. Interstate Commerce Comm'n,* 337 U. S. 426, 444. *Sherwin A. Hill, Edward T. Goodrich, James McEvoy, Jr.* and *Harry D. Fenske* for appellant. *Solicitor General Perlman* for the United States; *Daniel W. Knowlton, Edward M. Reidy* and *Daniel H. Kunkel* for the Interstate Commerce Commission; and *W. T. Pierson* and *Frank H. Cole, Jr.* for the Baltimore & Ohio Railroad Co. et al., appellees.

*Miscellaneous Orders.*

No. 12, Original. UNITED STATES *v.* CALIFORNIA. The report of the Special Master is received and ordered filed.

No. 12, Original. UNITED STATES *v.* CALIFORNIA. The order of February 12, 1949, appointing William H. Davis, Esquire, of New York City, Special Master herein is continued and he is directed to proceed with all convenient speed, with respect to the seven coastal segments enumerated in Groups I and II of the Master's Report, to consider: (1) a simplification of the issues; (2) statements of the issues and amendments thereto in the nature of pleadings; (3) the nature and form of evidence proposed to be submitted, including admission of facts and of documents which will avoid unnecessary proof; and report thereon to the Court.